United States District Court
Southern District of Texas
**ENTERED**
November 15, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| versus § § | Case No. 4:23–mj–02049 |
| Elmer Canales–Rivera § | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **Eastern District of New York, Central Islip Division division, in CR–20–577.**

**The defendant may need an interpreter for this language: Spanish**.

The defendant requested court appointed counsel. CJA Attorney appointed.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: November 15, 2023

_____
Yvonne Y. Ho
United States Magistrate Judge

Reserves right to hold detention hearing in New York